In the Matter of the Accounting of BERNARD SEGALL et al., as Executors of JACOB W. SEGALL, Deceased, Appellants. MORRIS GOTTLIEB et al., Respondents.

Submitted January 5, 1942; decided January 15, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 287 N. Y. 52.)